USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-27-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEMO ENDORSED

| | |
|---|---|
| **KADOO PTY LIMITED** (Australian Company Number 050 142 820) as trustee for the B&D Family Trust and <br><br> **BINVID PTY LTD** (Australian Company Number 071 348 291) ATF B&D superannuation fund <br><br> Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> MILLSTREET CAPITAL MANAGEMENT LLC; BRYCE ANDREW CROCKER; PETER BRENDAN JOHNSTON; BRIAN ANTHONY KENNEDY; MICHAEL CALLAHAN; DAVID ISSROFF; DANIELA CHIMMISSO DOS SANTOS; JOHN DOES BEING THE DIRECTORS OF JERVOIS MINING USA LIMITED <br><br> Defendants | 1:25-cv-2293 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against the Defendants. Date: March 26, 2025.

Dated: 3/26/2025

Respectfully Submitted,

*[signature]*

Ryan McCrosson (Indiana # 29710-53)
*Pro Hac Vice Pending*
Laura Keily (VIC, Australia # P0017753)
*Pro Hac Vice Pending*

The Clerk shall close the case.

SO ORDERED

*[signature]*
LEWIS A. KAPLAN, USDJ
3/27/25

8888 Keystone Crossing STE
Indianapolis, IN 07640
Ryan.mccrosson@rsmccrosson.com
(917) 744-9850

Attorneys for Appellants Kadoo Pty Limited
and Binvid Pty Ltd. and Binvid Pty Ltd.

## CERTIFICATE OF SERVICE

Service has not yet been completed. Service was never perfected on Defendants.

_____
Ryan McCrosson